PROB 12C
(6/16)

Report Date: February 8, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gabriel Joshua Kindness | Case Number: 0980 1:18CR02053-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer:   The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Sentencing Judicial Officer:   The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 29, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Todd Swenson | Date Supervision Commenced: | December 16, 2021 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: | December 15, 2024 |

### PETITIONING THE COURT

To issue a summons.

On December 17, 2021, supervised release conditions were reviewed and signed by Mr. Kindness acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Kindness is alleged to have violated his conditions of supervised release by consuming tetrahydrocannabinol (THC) on December 26, 2022. |
| | On December 28, 2022, this officer received a telephone call from staff at Merit Resource Services (Merit) stating that Mr. Kindness' urinalysis (UA) had returned presumptive positive for THC. While at Merit, Mr. Kindness denied consuming THC. This officer requested Merit staff to send the UA sample to Abbott Toxicology (Abbott) to confirm levels. On January 13, 2023, Abbott confirmed Mr. Kindness' positive UA for THC from December 28, 2022. |

Prob12C
# Re: Kindness, Gabriel Joshua
**February 8, 2023**
**Page 2**

        On January 30, 2023, Mr. Kindness reported to the probation office as directed. While in the office, Mr. Kindness signed an admission form admitting he consumed THC on December 26, 2022.

2      **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Kindness is alleged to have violated his conditions of supervised release by consuming THC on January 24, 2023.

        On January 25, 2023, this officer received a telephone call from staff at Merit stating that Mr. Kindness' UA had returned presumptive positive for THC. While at Merit, Mr. Kindness denied consuming THC. This officer requested Merit staff to send the UA sample to the laboratory to confirm levels. On January 31, 2023, Abbott confirmed Mr. Kindness' positive UA for THC from January 24, 2023.

        On January 30, 2023, Mr. Kindness reported to the probation office as directed. While in the office, Mr. Kindness signed an admission form admitting he consumed THC on January 24, 2023.

3      **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence:** Mr. Kindness is alleged to have violated his conditions of supervised release by failing to report to Merit for a UA on January 26, 2023.

        On December 17, 2021, the substance abuse testing instructions were reviewed with Mr. Kindness. Mr. Kindness verbally acknowledged his understanding of the testing program and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Mr. Kindness was to report to Merit and submit to a drug screen.

        On January 27, 2023, this officer received notification from the staff at Merit indicating that Mr. Kindness had missed a colorline UA on January 26, 2023.

        On January 30, 2023, Mr. Kindness reported to the probation office as directed. While in the office, Mr. Kindness admitted he did not provide a UA to Merit for his colorline on January 26, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Kindness, Gabriel Joshua**
**February 8, 2023**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/08/2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/8/2023
Date