PROB 12C
(6/16)

Report Date: May 4, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gabriel Joshua Kindness          Case Number: 0980 1:18CR02053-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98901

Name of Sentencing Judicial Officer:    The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Sentencing Judicial Officer:    The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 29, 2019

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Todd Swenson | Date Supervision Commenced: December 16, 2021 |
| Defense Attorney: | Juliana M Van Wingerden | Date Supervision Expires: December 15, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On December 17, 2021, supervised release conditions were reviewed and signed by Mr. Kindness acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Kindness is alleged to have violated his conditions of supervised release by being arrested and charged assault - domestic violence, in Yakima County, Washington, on April 28, 2023.<br><br>According to Yakima Police Department (YPD) police report 23Y013218, on April 28, 2023, YPD officers were dispatched to the Days Inn motel, room 215, at 1504 North First Street, in response to a physical domestic violence incident. The reporting party could hear a male and female fighting inside the room, as well as mention of a firearm. When YPD officers arrived at the Days Inn, they confirmed with front desk staff at the motel that guests had heard a physical altercation inside room 215.<br><br>When the YPD officers approached room 215, nothing was heard at the door prior to knocking. A male who identified himself as Gabriel Kindness answered the door and stepped outside of the room to speak with a YPD officer. Another YPD officer entered the room to |

Prob12C
**Re: Kindness, Gabriel Joshua**
**May 4, 2023**
**Page 2**

speak with the female occupant. A YPD officer asked Mr. Kindness what transpired in the room and Mr. Kindness replied he and the female had been in an argument and she was refusing to be kicked out of the room, which led Mr. Kindness to begin pushing her towards the door. When they both reached the door, Mr. Kindness stated the female began to push back against him, causing his head to bump against the door; Mr. Kindness stated he did not believe it was the female's intent to hurt his head. Mr. Kindness stated he continued to push the female out of the doorway and she fell, causing Mr. Kindness to fall on top of her. Mr. Kindness stated after the fall, they both returned to the room. A YPD officer asked Mr. Kindness if he had any previous assaults, threats, or property damage against the female; Mr. Kindness replied he did not. Mr. Kindness stated he and the female had been dating about 1 year.

A YPD officer spoke with his colleague, who had been informed by the female that she had tripped over her own shoelaces. The YPD officer then spoke with the female, who stated she had been arguing with Mr. Kindness and she fell because Mr. Kindness pushed her. While speaking with the female, the YPD officer noticed her right eye had significant bright red bruising, consistent with a fresh injury. When the YPD officer asked the female about the bruising, she turned her head away and began to cry. The female refused to reply as to how she sustained the injury, but allowed the YPD officer to photograph the bruising. The YPD officer then began to question the female about a history of domestic violence while she has been in the relationship with Mr. Kindness. The female informed the officer that Mr. Kindness strangled her in the past. When the YPD officer asked specifically when the strangulation occurred, the female replied "today." The female informed the officer that prior to the physical altercation, Mr. Kindness had been screaming at her because he did not approve of her associating with another woman. The female stated Mr. Kindness got on top of her when she was on the bed, placed both hands on her throat, and pressed down firmly with a seven out of ten pressure, causing the female to briefly lose consciousness. The female reported feeling nauseated, dizzy, and disoriented as Mr. Kindness was strangling her. When the YPD officer asked the female if she had fought back, she replied she did not as she was afraid she was going to die. The YPD officer noted, according to his training, the bruising under the right eye was consistent with her account of strangulation; furthermore, the YPD officer noticed the area under her left eye was beginning to bruise and swell as well.

Given the facts of the physical altercation, the statement of the female, and the physical signs of bruising on her face, YPD officers believed there to be enough probable cause to charge Mr. Kindness with second degree assault - domestic violence. Mr. Kindness was then taken into custody and transported to Yakima County Jail without incident.

On May 15, 2023 at 9 a.m., Mr. Kindness is scheduled for his arraignment for the above-noted incident.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Kindness, Gabriel Joshua
May 4, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/04/2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

5/4/2023

Date