PROB 12C
(6/16)

Report Date: June 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gabriel Joshua Kindness | Case Number: 0980 1:18CR02053-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer:    The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Sentencing Judicial Officer:    The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 29, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(10/3/2023) | Prison - Credit for Time Served<br>(34 days)<br>TSR -14 months | | |
| Asst. U.S. Attorney: | Todd Swenson | Date Supervision Commenced: | December 16, 2021 |
| Defense Attorney: | Juliana M Van Wingerden | Date Supervision Expires: | December 15, 2024 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 21, 2024.

On October 4, 2023, supervised release conditions were reviewed and signed by Mr. Kindness acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Kindness is alleged to have violated his conditions of supervised release by consuming a controlled substance, methamphetamine, on or about June 11, 2024.<br><br>On June 14, 2024, this officer conducted a home inspection at Mr. Kindness' listed residence. While there, this officer conducted a urinalysis (UA) test, which tested positive for amphetamine and methamphetamine. At first, Mr. Kindness denied consuming any controlled substances. Mr. Kindness then admitted he had consumed methamphetamine 2 |

Prob12C
Re: Kindness, Gabriel Joshua
June 18, 2024
Page 2

or 3 days prior. When this officer asked Mr. Kindness what led to his recent relapse, Mr. Kindness replied it was dealing with emotions related to the 2-year anniversary of the discovery of the passing of his mother.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/18/2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

6/20/2024
Date